IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH A. GIBSON**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. **3:08-CV-2297-L** |
| | § | |
| **DELTA AIRLINES, et al.,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed February 10, 2009. Plaintiff did not file objections.

Plaintiff is proceeding *pro se* and *in forma pauperis*. She has asserted claims against Defendants relating to the termination fo her employment. The magistrate judge ordered Plaintiff to show cause why these claims are not duplicative of the claims brought in civil action number 3:00-CV-2712-X, which were dismissed on January 7, 2002. Plaintiff complied with the court order. The magistrate judge recommends dismissing the action as duplicative, and therefore malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** Plaintiff's complaint as duplicative pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**It is so ordered** this 26th day of February, 2009.

_____
Sam A. Lindsay
United States District Judge